IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WINSTON HAYLES,

        Plaintiff,

v.

BRIAN OWENS; DR. A. AYEDUN;
DR. MEGLIN ALLEN; DR. HUDGES;
DEAN BROOM; BURT LANIER;
KAREN H. O'NEAL; ANDY BENJAMIN;
LUKE HOWARD; DANNY F. TODD;
ANGIE PITTMAN; JOHN MOORE;
S. BUSH; and CHRIS OZMENI,

        Defendants.

CIVIL ACTION NO.: CV611-117

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff again makes general allegations against Defendant Brian Owens. As the Magistrate Judge noted, general allegations against a supervisor are insufficient bases for liability under 42 U.S.C. § 1983. Plaintiff also makes general allegations that several named Defendants "conspired together to hide [his] injuries[.]" (Doc. No. 20, p. 4). Plaintiff's general allegations that certain Defendants conspired together are insufficient to establish a viable conspiracy claim.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's conspiracy claim

AO 72A
(Rev. 8/82)

against Defendants Broom, Lanier, Benjamin, Howard, Todd, Pittman, Moore, and Ozment is **DISMISSED**. Defendants Owens, Bush, Todd, Pittman, Moore, Ozment, Benjamin, and O'Neal are **DISMISSED** as named Defendants in this case.

**SO ORDERED**, this 29th day of Feb, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)