IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WINSTON HAYLES,

    Plaintiff,

v.

DR. A. AYEDUN; DR. ALLEN MEGLIN;
DR. HUDGES; DR. DEAN BROOME;
BURT LANIER and LUKE HOWARD,

    Defendants.

CIVIL ACTION NO.: CV611-117

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The unopposed Motion to Dismiss filed by Defendants Luke Howard and Dean Broome is **GRANTED**. Plaintiff's claims against Dean Broome are **dismissed** with prejudice. Plaintiff's claims against Luke Howard are **dismissed** without prejudice.

**SO ORDERED**, this 2 day of Oct, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)