FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 DEC 10  AM 9: 35

CLERK_____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

WINSTON HAYLES,                          :
                                         :
            Plaintiff,                    :
                                         :
     v.                                   :        CIVIL ACTION NO.: CV611-117
                                         :
DR. A. AYEDUN; DR. ALLEN MEGLIN;         :
DR. HUDGES; and BURT LANIER,             :
                                         :
            Defendants.                   :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The unopposed Motion to Dismiss filed by Burt Lanier is **GRANTED**. Plaintiff's claims against Burt Lanier are **dismissed**.

**SO ORDERED**, this _____16_____ day of _____Dec_____, 2012.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA