FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 DEC 10 AM 9: 34

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WINSTON HAYLES,

    Plaintiff,

v.

DR. A. AYEDUN; DR. ALLEN MEGLIN;
DR. HUDGES; and BURT LANIER,

    Defendants.

CIVIL ACTION NO.: CV611-117

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The unopposed Motion for Summary Judgment filed by Dr. Allen Meglin is **GRANTED**. Plaintiff's claims against Dr. Allen Medlin are **dismissed**.

**SO ORDERED**, this _____ day of _____, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)